AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Kevin C. Butler<br>*Defendant(s)* | Case No.  7:22-MJ-116 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/1/2022 & 12/3/2022  in the county of  Roanoke  in the Western District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 871 | Threats against President and successors to the Presidency |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*JEFFREY B NORMAN*  Digitally signed by JEFFREY B NORMAN
Date: 2022.12.07 10:30:46 -05'00'

*Complainant's signature*

Jeffrey B. Norman, Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.  (by telephone)

Date:  December 7, 2022

*Robert S. Ballou*
*Judge's signature*

City and state:   Roanoke, Virginia   Robert S. Ballou, United States Magistrate Judge
*Printed name and title*