## Affidavit in Support of Application for Arrest Warrant

I, Jeffrey B. Norman, after being duly sworn, depose and state as follows:

1. I am employed as a Senior Special Agent with the United States Secret Service, Roanoke Resident Agency, 105 Franklin Road SW, Roanoke, VA 24011. I have been so employed since July 2003. My law enforcement training and experience include the preparation, presentation, and service of criminal complaints, arrests, and search warrants. My duties and responsibilities have included participation and case agent responsibilities in criminal investigations of individuals alleged to have violated Federal Laws, including Title 18 U.S.C. §§ 871, 471, 472, 1028, 1029, 1343 and other violations of Federal Law. During the past nineteen years, I have investigated multiple felony cases and have made numerous felony arrests.

2. This affidavit supports a complaint for the arrest of Kevin C. Butler for the violation of 18 USC 871, Threats against President, and successors to the Presidency.

## Scheme

3. On or about December 1, 2022, Kevin Butler made threats to kill the President of the United States of America. These threats were made via telephone calls between Butler and Virginia Probation Officers, both in real time conversations and recorded voice mail. These events occurred from Catawba within the Western District of Virginia.

4. On or about December 3, 2022, Kevin Butler made threats to kill the President of the United States of America. I observed these threats while in Catawba within the Western District of Virginia.

## Details of the Violation

5. On or about December 1, 2022, Virginia Probation Officer Kelcie Chandler received a voicemail from Butler stating multiple threats including: that "whenever I get the chance, Imma kill the President Joe Biden" and "I'm going to DC one way or another and I'm gonna do it."

6. On or about December 1, 2022, Probation Officer Shonita Dunston spoke with Butler when he called the Virginia Beach Office, Butler made multiple threatening statements including: he would "buy a gun from a street n**ger and aim it at the Secret Service people" and "I'm just going to kill the President."

7. On or about December 3, 2022, I interviewed Butler at the Catawba State Hospital in Catawba, VA. Butler agreed to speak with me and admitted to making the phone calls to Virginia Probation Officers and threatening to the kill the President of the United States.

8. Butler stated to me that he is going obtain a firearm from a friend and travel to Washington, D.C. When arriving at the White House he is going to jump the fence and kill United States Secret Service members until he can get to President Biden.

9. Butler stated that he is an anarchist and believes that he must kill President Biden because of the evil that has been done by the military and actions taken by former President Obama when Biden was the Vice-President.

10. While being interviewed, Butler made multiple references to recent and past mass-shooters. Butler admitted to making threating statements in advance of his attack so that he could receive recognition for his actions afterwards.

11. Kevin Butler is organized, intelligent, and focused on killing the President of the United States. Butler has threatened the President of the United States of America in violation of 18 USC 871.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 7th day of December 2022.

JEFFREY B NORMAN
Digitally signed by JEFFREY B NORMAN
Date: 2022.12.06 16:27:08 -05'00'

_____
Jeffrey B. Norman
Senior Special Agent
United States Secret Service
Roanoke, Virginia

Sworn to before me by reliable electronic means (telephone).

Date: December 7, 2022

City and state: Roanoke, Virginia

*Robert S. Ballou*
_____
Judge's Signature

Robert S. Ballou
United States Magistrate Judge